UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Bruner, et al.,<br>    *Plaintiffs*,<br>v.<br>Polaris Industries, Inc., et al.,<br>    *Defendants*. | Case No. 0:18−cv−00939−WMW−DTS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Karl L. Cambronne of Chestnut Cambronne PA, notifies the Court, parties, and counsel that he will appear as counsel of record for Plaintiffs James Bruner, Michael Zeeck, and Ed Beattie in the above-captioned matter.

Dated:  April 16, 2018    **CHESTNUT CAMBRONNE PA**

    By s/ Karl L. Cambronne
      Karl L. Cambronne, #14321
      17 Washington Avenue North, Suite 300
      Minneapolis, MN 55401
      (612) 339-7300
      kcambronne@chestnutcambronne.com

    **ATTORNEYS FOR PLAINTIFFS JAMES BRUNER, MICHAEL ZEECK, and ED BEATTIE**