# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES BRUNER, MICHAEL ZEECK, and ED BEATTIE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br> v.<br><br>POLARIS INDUSTRIES, INC. and POLARIS SALES INC.,<br><br>  Defendants. | Case No.: 18-CV-00939<br><br>**NOTICE OF WITHDRAWAL** |

  Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that they withdraw from this matter. Plaintiffs will continue to be represented by the law firms of DiCello Levitt & Casey LLC; Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; and The Davenport Law Firm LLC, as well as Chestnut Cambronne PA, who entered their appearance in this matter on April 16, 2018.

Dated: April 19, 2018      LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                By: s/ Robert K. Shelquist
                Robert K. Shelquist, #21310X
                Rebecca A. Peterson, #0392663
                100 Washington Avenue South, Suite 2200
                Minneapolis, Minnesota 55401
                Telephone: 612-339-6900
                rkshelquist@locklaw.com
                rapeterson@locklaw.com

                ***Withdrawing Attorneys***