UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: POLARIS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | 18-CV-0939 (WMW-DTS) |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

Defendants Polaris Industries Inc. and Polaris Sales Inc. (collectively, "Polaris") respectfully move this Court under Federal Rules of Civil Procedure 9(b) and 12(b)(6) to dismiss the following claims asserted by the named plaintiffs in the Consolidated Class Action Complaint [Dkt. 35] for failure to state a claim upon which relief can be granted and for failure to plead fraud with particularity:

- Alabama plaintiff James Bruner: Counts 1-6.

- California plaintiff Jose Luna: Counts 1, 7 and 10-12.

- Florida plaintiff Clint Halvorsrod: Counts 1 and 13-16.

- Georgia plaintiff Robert Lenz: Counts 1 and 17-21.

- Illinois plaintiff Michael Zeeck: Counts 1 and 22-25.

- Michigan plaintiff Chad Rogers: Counts 1 and 26-30.

- Minnesota plaintiff Richard Berens: Counts 1 and 31-35.

- North Carolina plaintiff Steve Bailey: Counts 1 and 36-40.

- Ohio plaintiff Michael Jacks: Counts 1 and 41-45.

- Texas plaintiff Bryan Forrest: Counts 1 and 46-50.

- Wyoming plaintiff Ed Beattie: Counts 1 and 51-54.

- Putative Nationwide Class (Magnuson-Moss Warranty Act): Count 1.

A more particular statement of the grounds for this motion is found in defendants' memorandum of law filed and served with this motion and incorporated by reference.

Date:  August 27, 2018.   /s/ Wendy J. Wildung
Wendy J. Wildung (MN #117055)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Phone:  (612) 766-7000
wendy.wildung@FaegreBD.com

/s/ Richard C. Godfrey P.C.
Richard C. Godfrey, P.C. (admitted pro hac vice)
Andrew B. Bloomer, P.C. (admitted pro hac vice)
Paul Collier (admitted pro hac vice)
R. Allan Pixton (admitted pro hac vice)
KIRKLAND & ELLIS
300 North LaSalle Street
Chicago, Illinois  60654
Phone:  (312) 862-2000
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com
paul.collier@kirkland.com
allan.pixton@kirkland.com

*Attorneys for Defendants Polaris Industries Inc. and Polaris Sales Inc.*