# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| In re: Polaris Marketing, Sales Practices, and Products Liability Litigation. | **COURT MINUTES**<br>BEFORE: Wilhelmina M. Wright<br>United States District Judge |

| | |
|---|---|
| Case No: | 18-cv-0939 (WMW/DTS) |
| Date: | November 28, 2018 |
| Courthouse: | Saint Paul |
| Courtroom: | 7A |
| Deputy: | Karen Labriola |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 9:14 a.m. |
| Time Concluded: | 10:23 a.m. |
| Time in Court: | 1 hour 9 minutes |

Hearing on: **Defendants' Motion to Dismiss [Dkt. 42]**

APPEARANCES:

　　Plaintiff:　　John E. Tangren, DiCello Levitt & Casey LLC; Herbert Clay Barnett, III, Beasley Allen, Crow, Methvin, Portis & Miles, P.C.; Bryan L. Bleichner and Jeffrey D. Bores, Chestnut Cambronne PA; David Fernandes, Jr.; and Courtney Davenport, The Davenport Law Firm LLC, on behalf of Plaintiffs.

　　Defendant:　　Andrew Baker Bloomer, Kirkland & Ellis LLP, and Wendy Jo Wildung, Faegre Baker Daniels LLP, on behalf of Defendants.

PROCEEDINGS:

　　The motion was argued and taken under advisement. Order to follow.

Date: November 28, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　s/Karen Labriola
　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Wilhelmina M. Wright