**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: Polaris Marketing, Sales Practices, and Products Liability Litigation | Case No.: 18-CV-00939 (WMW/DTS) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

Jose Luna, Clint Halvorsrod, Jimmy Guthrie, Chad Rogers, Benjamin Elkin, Les Turgeon,

and Isaac Rodriguez hereby dismiss all of their claims in this action without prejudice.

**DATED:**  July 1, 2020

Respectfully submitted,

/s/ Karl L. Cambronne
Karl L. Cambronne
Bryan L. Bleichner
**CHESTNUT CAMBRONNE, PA**
17 Washington Avenue North, Suite 2200
Minneapolis, Minnesota  55401
Telephone:  612-339-7300
kcambronne@chestnutcambronne.com
bbleichner@chestnutcambronne.com

*Plaintiffs' Liaison Counsel*

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Telephone:  312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

W. Daniel "Dee" Miles, III
H. Clay Barnett, III
J. Mitch Williams
**BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama  36104
Telephone:  334-269-2343
Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@BeasleyAllen.com

Roland Tellis
David Fernandes
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, #1600
Encino, California  91436
Telephone:  818-839-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com
*Plaintiffs' Interim Co-Lead Counsel*

Kirk J. Wolden
Clifford L. Carter
**CARTER WOLDEN CURTIS, LLP**
1111 Exposition Boulevard, Suite 602
Sacramento, California  95815
Telephone:  916-567-1111
kirk@cwclawfirm.com
cliff@cwclawfirm.com

2

Courtney L. Davenport
**THE DAVENPORT LAW FIRM LLC**
18805 Porterfield Way
Germantown, Maryland  20874
Telephone:  703-901-1660
courtney@thedavenportlawfirm.com

Charles E. Schaffer
Daniel C. Levin
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Telephone:  215-592-1500
cschaffer@lfsblaw.com
dlevin@lfsblaw.com

*Additional Counsel for Plaintiffs and the
Proposed Classes*

3